**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| KIRK B. BURKLEY, TODD L. KILGORE AND JEFFREY DIURBA, | : No. 419 WAL 2019 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| COUNCIL OF THE CITY OF PITTSBURGH, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.